UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN L. LAMBERT,<br><br>Defendant. | No. 2:14-CR-021-RMP-28<br><br>ORDER GRANTING MOTION TO EXPEDITE AND DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 683, and Motion to Expedite, ECF No. 684. Defendant seeks modification of his release conditions so he may assist in the care of his mother while she recovers from surgery.

Defendant's Motion to Expedite, **ECF No. 684**, is **GRANTED**. Defendant's Motion to Modify, **ECF No. 683,** is **DENIED.**

**IT IS SO ORDERED.**

DATED May 20, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1