1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN L. LAMBERT,

Defendant.

No.  2:14-CR-0021-RMP-28

ORDER DENYING MOTION TO
MODIFY CONDITIONS OF
RELEASE

**THIS MATTER** comes before the Court on Defendant's **second** motion to modify the conditions of his release.  ECF No. 750.  Defendant is represented by Jeffry K. Finer.  The government is represented by Jared C. Kimball.

On May 23, 2014, the District Court entered an order modifying Defendant's conditions of release to permit Defendant to care for his fiancé's mother, who was recovering from surgery.  ECF No. 707.

Defendant presently requests further modifications of the conditions of his release and expedited review of the matter.  ECF No. 750, 752.  However, Defendant's one-sentence motion and short proposed order provide no guidance with respect to the specific modifications he proposes to the Court's March 20, 2014, order setting conditions of release.  ECF No. 750, 750-1.  Furthermore, counsel's declaration attached to the motion states he spoke with U.S. Probation and with the government regarding the instant request, but does not clearly indicate

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE - 1

whether either U.S. Probation or the government have an objection to a modification.  It should be clearly communicated to the Court if the motion is uncontested.

The Court requires more information regarding what circumstances have changed since the Court set conditions of release, what conditions Defendant would modify, and in what manner.  Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion to Expedite, **ECF No. 752**, is **GRANTED.**

2.    Defendant's Motion to Modify Conditions of Release, **ECF No. 750**, is **DENIED without prejudice and with leave to renew.**

**IT IS SO ORDERED**.  The Clerk of the Court is directed to enter this order and furnish copies to counsel and to U.S. Probation.

DATED July 2, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE - 2