# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SEAN L. LAMBERT,<br><br>　　　　　　Defendant. | No. 2:14-CR-021-RMP-28<br><br>ORDER GRANTING DEFENDANT'S THIRD MOTION TO MODIFY |

Before this Court is Defendant's Third Motion to Modify Conditions of Release.  ECF No. 757.

The Court finds that circumstances have changed and that a combination of conditions will reasonably assure Defendant's appearance for further proceedings and will reasonably assure the safety of the community and other persons without the necessity of Electronic Home Monitoring and, therefore,

**IT IS ORDERED** that the Motion to Modify Conditions of Release, **ECF No. 757,** is **GRANTED**, that Defendant is no longer subject to Electronic Home Monitoring, and that all other terms and conditions of pretrial release not inconsistent herewith remain in full force and effect.

DATED July 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1