UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SEAN L. LAMBERT (28),<br><br>Defendant. | NO: 2:14-CR-21-RMP-28<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND TO EXPEDITE HEARING OF THE SAME |

BEFORE this Court are Defendant's fourth Motion to Modify Conditions of Release, **ECF No. 1665**, and his Motion to Expedite Hearing of the same, **ECF No. 1666**. This Court has reviewed the record and is fully informed.

Defendant argues that the $10,000 lien on his residence is no longer necessary to secure his presence in Court. *See* ECF No. 1665. Defendant requests that this Court extinguish that interest to enable him to sell the property to a prospective buyer who has already made an offer to purchase the home. *See* ECF No. 1666. The Government does not object.

This Court finds good cause to grant both Motions.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND TO EXPEDITE HEARING OF THE SAME ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 1665**, and Motion to Expedite Hearing of the same, **ECF No. 1666** are both **GRANTED**.

2. The Conditions of Release are modified only to the extent that the requirement of a real property bond is removed.

3. Defendant shall abide by all other Conditions of Release imposed under ECF No. 429 that are consistent with this Order and have not been modified by a prior Court Order.

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 17th day of September 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge