PROB 12C
(6/16)

Report Date: June 14, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Sean L. Lambert                               Case Number: 0980 2:14CR00021-RMP-28

Address of Offender:                                Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 9, 2016

Original Offense:    Conspiracy to Distribute Oxycodone Hydrocholoride, U.S.C. §§ 841 (a)(1), (B)(1)©, and 846

Original Sentence:   Prison - 366 days              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:    James Goeke              Date Supervision Commenced: November 22, 2017

Defense Attorney:       Federal Defender's Office    Date Supervision Expires: November 21, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1         **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

          **Supporting Evidence**: On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

          On February 9, 2018, in response to a urinalysis that tested positive for methamphetamine, Mr. Lambert reported to the U.S. Probation Office. It was at that time Mr. Lambert admitted to the undersigned, and via a written document, that he violated his terms of supervised release by ingesting methamphetamine on January 25, 2018.

Prob12C
Re: Lambert, Sean L.
June 14, 2018
Page 2

2 **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On February 9, 2018, in response to a urinalysis that tested positive for methamphetamine, Mr. Lambert reported to the U.S. Probation Office. It was at that time Mr. Lambert admitted to the undersigned, and via a written document, that he violated his terms of supervised release by ingesting methamphetamine on February 7, 2018.

3 **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On May 15, 2018, Mr. Lambert reported to the U.S. Probation Office and submitted a urinalysis that tested presumptive positive for methamphetamine. Mr. Lambert adamantly denied any illicit drug use and the urinalysis was sent to the laboratory for further testing. On May 22, 2018, per the laboratory report, the urinalysis was confirmed positive for methamphetamine.

On May 25, 2018, Mr. Lambert reported to the U.S. Probation Office and admitted to initially being deceitful, and thus admitted to the undersigned, and via a signed document, that he last used methamphetamine on May 12, 2018.

4 **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On June 5, 2018, Mr. Lambert reported to the U.S. Probation Office as instructed in response to failing to report to Pioneer Human Services (PHS) to submit to a urinalysis on June 1 and June 4, 2018, as he is participating in the phase urinalysis program. Mr. Lambert provided

Prob12C
**Re: Lambert, Sean L.**
**June 14, 2018**
Page 3

a urine sample that tested presumptive positive for methamphetamine and amphetamine. Mr. Lambert denied any new illicit drug use and that his last use of methamphetamine was on May 12, 2018. The urinalysis sample was sent to the laboratory for further testing. On June 11, 2018, per Alere Laboratories, the sample was confirmed positive for methamphetamine.

5      **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On May 23, 2018, per Spokane County Sheriff's Office report 1810068859, Mr. Lambert was cited for driving while license suspended in the third degree and operating a motor vehicle without an ignition interlock. On June 5, 2018, Mr. Lambert made a court appearance in Spokane County District Court reference the aforementioned charges in which probable cause was found to exist and a not guilty plea was entered by Mr. Lambert.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/14/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/14/2018
Date