Report Date: April 15, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Sean L. Lambert | Case Number: 0980 2:14CR00021-028 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 9, 2016

Original Offense: Conspiracy to Distribute Oxycodone Hydrochloride, U.S.C. §§ 841 (a)(1), (B)(1)(c), and 846

| | | |
|---|---|---|
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: November 22, 2017 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: November 21, 2020 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/14/2018 and 01/04/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition # 3**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete and approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to his ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Lambert has failed to obtain a substance abuse evaluation. |
| | On March 12, 2019, Mr. Lambert failed to attend a scheduled substance abuse evaluation at Pioneer Human Services (PHS). Mr. Lambert was reminded about this assessment at his supervised release violation hearing on March 6, 2019, and the undersigned sent him a text message the morning of March 12, 2019, for the purpose of reminding him of this appointment. Mr. Lambert informed the undersigned he was ill on March 12, 2019, and thus could not attend the evaluation. The undersigned instructed Mr. Lambert to reschedule this appointment which was then rescheduled for April 9, 2019. |

During an unannounced home contact at Mr. Lambert's residence on April 2, 2019, the undersigned and another U.S. probation officer instructed Mr. Lambert to confirm and/or double check his substance abuse evaluation with PHS. Mr. Lambert failed to attend his substance abuse assessment on April 9, 2019. On April 11, 2019, Mr. Lambert informed the undersigned that he thought his appointment was set for April 12, 2019, and that he did not call PHS to confirm his appointment as the undersigned instructed on April 2, 2019. It should also be noted, Mr. Lambert failed to show for a substance abuse evaluation at PHS on February 26, 2019, which was discussed during the supervised release hearing on March 6, 2019.

On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

13    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: On April 7, 2019, Mr. Lambert was contacted by a Spokane Police Department (SPD) officer as he was served a temporary anti-harrassment protection order and notice of hearing in response to a female petitioner's allegations. Mr. Lambert failed to notify the probation officer of this contact within 72 hours. It should also be noted, on March 31, 2019, a different female filed an informational report, SPD case number 2019-20055366, which the female alleges Mr. Lambert had been stalking and harassing her and his behavior was escalating. The SPD officer advised the female to obtain a protection order and was provided a victim card.

On November 28, 2017, Mr. Lambert participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/15/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*（signature）*

Signature of Judicial Officer

4/15/2019

Date