PROB 12C
(6/16)

Report Date: December 31, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Sean L. Lambert | Case Number: 0980 2:14CR00021-RMP-28 |
| Address of Offender: | Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 9, 2016

Original Offense:   Conspiracy to Distribute Oxycodone Hydrochloride, U.S.C. §§ 841(a)(1), (b)(1)(C), and 846

| | |
|---|---|
| Original Sentence:   Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:   James Goeke | Date Supervision Commenced: November 22, 2017 |
| Defense Attorney:   Colin G. Prince | Date Supervision Expires: November 21, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4** : You shall abstain from the use of illegal controlled substances and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Lambert was in direct violation of special condition number 4 by testing positive for methamphetamine on December 6, 2019.<br><br>On November 28, 2017, Mr. Lambert was given a copy of his Court ordered conditions of supervised release and they were explained to him. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On December 6, 2019, Mr. Lambert reported to the U.S. Probation Office and supplied a urine sample that tested presumptive positive for methamphetamine. He denied any use of methamphetamine. The sample was sent to Alere Toxicology Laboratory (Alere) for further testing. |

Prob12C
**Re: Lambert, Sean L.**
**December 31, 2019**
**Page 2**

On December 16, 2019, the results from Alere came back as confirmed positive for methamphetamine. On December 18, 2019, Mr. Lambert reported to the U.S. Probation Office and signed a drug use admission form reflecting he used methamphetamine on December 4, 2019.

2  **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: On December 6, 2019, Mr. Lambert was in direct violation of special condition number 4 by lying to the undersigned officer, saying he had not used methamphetamine.

On November 28, 2017, Mr. Lambert was given a copy of his Court ordered conditions of supervised release and they were explained to him. Mr. Lambert signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On December 6, 2019, Mr. Lambert reported to the U.S. Probation Office and supplied a urine sample that tested presumptive positive for methamphetamine. The undersigned officer attempted numerous times to get the truth from Mr. Lambert regarding his drug use. Unfortunately, Mr. Lambert continued to deny using any illegal drugs.

On December 16, 2019, the results from the urine sample sent to Alere came back as confirmed positive for methamphetamine. Mr. Lambert was confronted with these results and he admitted to being dishonest to this officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/31/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/7/2020
Date