PROB 12C
(6/16)

Report Date: February 27, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sean L. Lambert | Case Number: 0980 2:14CR00021-RMP-28 |
| Address of Offender: | , Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 9, 2016

Original Offense:    Conspiracy to Distribute Oxycodone Hydrochloride, U.S.C. §§ 841(a)(1), (b)(1)(C), and 846

| | | |
|---|---|---|
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: November 22, 2017 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: November 21, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 26, 2020, Mr. Lambert was in direct violation of special condition number 4 by disclosing he used methamphetamine.<br><br>On November 28, 2017, Mr. Lambert was given a copy of his Court ordered conditions of supervised release and they were explained to him. He signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On February 25, 2020, the undersigned officer directed Mr. Lambert to report the following day to the U.S. Probation Office. Mr. Lambert reported as directed. The undersigned officer informed Mr. Lambert he needed to supply a urine sample that day, and he reported he would be positive for methamphetamine. He signed a drug use admission form reflecting he had used methamphetamine on February 24, 2020. |

Prob12C

**Re: Lambert, Sean L.**
**February 27, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/27/2020

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/27/2020
Date